UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PERCY LITTLE, JR.**                                                                                    **PLAINTIFF**
**ADC #124075**

**VS.**                                     **5:18CV00020 BRW/JTR**

**W. TAYLOR, Corporal,**
**Dub Brassell Detention Center,** *et al.*                                                **DEFENDANTS**

# ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

Little may proceed with his claims against Taylor and Smith, in their individual capacities, for subjecting him to excessive force and cruel and unusual punishment, and with his corrective inaction claims against Adams, Bolin and Robinson, in their individual capacities. The Clerk is directed to prepare a summons for each of these defendants at the Dub Brassell Detention Center. The United States Marshal is directed to serve the summons, complaint, amended complaint,[3] and this order on them without prepayment of fees and costs or security. If any of the defendants are no longer employed at the Dub Brassell Detention Center, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

---

[3]Doc. Nos. 2 & 6.

Little's official-capacity claims against Taylor, Smith, Adams, Bolin and Robinson are dismissed without prejudice. Little's claim against Brown is dismissed, and he is dismissed without prejudice as a defendant in this action. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[4]

IT IS SO ORDERED this 5th day of June, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[4] 28 U.S.C. § 1915(a)(3).