IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERCY LITTLE, JR.                                                                                         PLAINTIFF
ADC #124075

VS.                                        No. 5:18CV00020-BRW-JTR

WILLIE TAYLOR, Corporal,
Dub Brassell Detention Center, *et al.*                                                          DEFENDANTS

## **ORDER**

I have reviewed the Recommendation (Doc. No. 27) submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for summary judgment (Doc. No. 23) is GRANTED, and Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of September, 2019.


                                                                            Billy Roy Wilson
                                                                            UNITED STATES DISTRICT JUDGE