IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PERCY LITTLE, JR.** **PLAINTIFF**
**ADC #124075**

VS. No. 5:18CV00020-BRW-JTR

**WILLIE TAYLOR, Corporal,**
**Dub Brassell Detention Center,** *et al.* **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is dismissed, and all relief sought is denied.

IT IS SO ORDERED this 17th day of September, 2019.

                                    Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE